**No. P66/181.**—Handcraft, Inc. *v.* United States, protests 66/2443, 66/3068, and 66/3069 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of silk handkerchiefs similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiff was sustained.